Exhibit B

**MANATT, PHELPS & PHILLIPS, LLP**
Barry W. Lee (SBN 88685)
Joanna L. Allen (SBN 251876)
Ana G. Guardado (SBN 286732)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7620
Facsimile: (415) 291-7649
JLAllen@manatt.com
BWLee@manatt.com
AGuardado@manatt.com

*Counsel for Defendants*
*Uber Technologies, Inc. and Uber Health, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JOHN MACKINTOSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYFT, INC., et al.,<br><br>　　　　Defendants. | Case No.: _____<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND UBER HEALTH, LLC'S CONSENT TO REMOVAL** |

## **CONSENT TO REMOVAL**

Pursuant to 28 U.S. Code § 1446(b)(2)(A), Defendants Uber Technologies, Inc. and Uber Health, LLC hereby consent to Defendants Lyft, Inc., Logan Green, and John Zimmer's removal of this action from the California Superior Court for the County of Sacramento to the United States District Court for the Eastern District of California.

This consent is made without waiving substantive or procedural challenges to any complaint and without waiving affirmative defenses that may be raised in responsive pleading(s).

DATED:  September 11, 2019               Respectfully submitted,

*[signature]*

Ana G. Guardado  (SBN 286732)
**Manatt, Phelps & Phillips, LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone: (415) 291-7620
Facsimile: (415) 291-7649
AGuardado@manatt.com

*Counsel for Defendants*
*Uber Technologies, Inc. and Uber Health, LLC*

325129823.1

2

UBER DEFENDANTS' CONSENT TO REMOVAL

**ARNOLD & PORTER KAYE SCHOLER LLP**
Arthur Luk
601 Massachusetts Ave NW
Washington, DC 20001
Telephone: (202) 942-5393
Facsimile: (202) 942-5999
arthur.luk@arnoldporter.com

*Counsel for Defendants*
*AH CAPITAL MANAGEMENT, LLC AND*
*BEN HOROWITZ*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JOHN MACKINTOSH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LYFT, INC., et al.,<br><br>　　　　　Defendants. | Case No.: _____<br><br>**DEFENDANTS AH CAPITAL MANAGEMENT, LLC AND BEN HOROWITZ'S CONSENT TO REMOVAL** |

## CONSENT TO REMOVAL

Pursuant to 28 U.S. Code § 1446(b)(2)(A), Defendants AH Capital Management, LLC and Ben Horowitz hereby consent to Defendants Lyft, Inc., Logan Green, and John Zimmer's removal of this action from the California Superior Court for the County of Sacramento to the United States District Court for the Eastern District of California.

This consent is made without waiving substantive or procedural challenges to any complaint and without waiving affirmative defenses that may be raised in responsive pleading(s).

DATED: September 3, 2019

Respectfully submitted,

_____
Arthur Luk
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave NW
Washington, DC 20001
Telephone: (202) 942-5393
Facsimile: (202) 942-5999
arthur.luk@arnoldporter.com

*Counsel for Defendants*
*AH Capital Management, LLC and*
*Ben Horowitz*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Adam John Mackintosh, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Lyft, Inc., Uber Technologies Inc., Uber Health, LLC, AH Capital Management, LLC, Better Business Bureaus, Inc., Benchmark Capital Partners VII, LP, Benchmark Capital Management Co. VII, LLC,<br>Corporations<br><br>Ben Horowitz, John Zimmer, Logan Green, Josef Arvin Acebedo, Louis Darnell Pritchett, Jerry Wang, Amy Biddle, Matt Cohler, and<br>Does 1-500,<br>Individuals<br><br>Defendants. | Civil Action No. _____<br><br>**DEFENDANT AMY BIDDLE'S CONSENT TO REMOVAL** |

# CONSENT TO REMOVAL

Pursuant to 28 U.S. Code § 1446(b)(2)(A), Defendant Amy Biddle hereby consents to Defendant Lyft, Inc.'s removal of this action from the California Superior Court for the County of Sacramento to the United States District Court for the Eastern District of California.

This consent is made without waiving substantive or procedural challenges to any complaint or affirmative defenses that may be raised in responsive pleading(s).

DATED:  August 28, 2019                              Respectfully submitted,

_____
Amy Biddle

GOODWIN PROCTER LLP
Darryl M. Woo (SBN 100513)
Three Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 733-6068
dwoo@goodwinlaw.com

Grant P. Fondo (SBN 181530)
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3236
gfondo@goodwinlaw.com

*Counsel for Defendants*
BENCHMARK CAPITAL PARTNERS VII, L.P.;
BENCHMARK CAPITAL MANAGEMENT CO.
VII, L.L.C.; AND MATTHEW R. COHLER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JOHN MACKINTOSH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LYFT, INC., et al.,<br><br>　　　　　Defendants. | Case No.: _____<br><br>**CONSENT TO REMOVAL BY DEFENDANTS BENCHMARK CAPITAL PARTNERS VII, L.P.; BENCHMARK CAPITAL MANAGEMENT CO. VII, L.L.C.; AND MATTHEW R. COHLER** |

BENCHMARK CAPITAL DEFENDANTS'
CONSENT TO REMOVAL

## CONSENT TO REMOVAL

Pursuant to 28 U.S. Code § 1446(b)(2)(A), Defendants Benchmark Capital Partners VII, L.P.; Benchmark Capital Management Co. VII, L.L.C.; and Matthew R. Cohler (sued herein as "Matt Cohler") hereby consent to Defendant Lyft, Inc.'s removal of this action from the California Superior Court for the County of Sacramento to the United States District Court for the Eastern District of California.

This consent is made without waiving substantive or procedural challenges to any complaint or affirmative defenses that may be raised in responsive pleading(s).

DATED: August 30, 2019

Respectfully submitted,

Grant P. Fondo (SBN 181530)
**Goodwin Procter LLP**
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3236
gfondo@goodwinlaw.com

Darryl M. Woo (SBN 100513)
**Goodwin Procter LLP**
Three Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 733-6068
dwoo@goodwinlaw.com

*Counsel for Defendants*
*Benchmark Capital Partners VII, L.P.;*
*Benchmark Capital Management Co. VII,*
*L.L.C.; and Matthew R. Cohler*

BENCHMARK CAPITAL DEFENDANTS'
CONSENT TO REMOVAL

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Adam John Mackintosh, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Lyft, Inc., Uber Technologies Inc., Uber Health, LLC, AH Capital Management, LLC, Better Business Bureaus, Inc., Benchmark Capital Partners VII, LP, Benchmark Capital Management Co. VII, LLC,<br>Corporations<br><br>Ben Horowitz, John Zimmer, Logan Green, Josef Arvin Acebedo, Louis Darnell Pritchett, Jerry Wang, Amy Biddle, Matt Cohler, and<br>Does 1-500,<br>Individuals<br><br>Defendants. | Civil Action No. _____<br><br>**DEFENDANT JOSEF ARVIN ACEBEDO'S CONSENT TO REMOVAL** |

**CONSENT TO REMOVAL**

Pursuant to 28 U.S. Code § 1446(b)(2)(A), Defendant Josef Arvin Acebedo hereby consents to Defendant Lyft, Inc.'s removal of this action from the California Superior Court for the County of Sacramento to the United States District Court for the Eastern District of California.

This consent is made without waiving substantive or procedural challenges to any complaint or affirmative defenses that may be raised in responsive pleading(s).

DATED:  August __, 2019                   Respectfully submitted,

_____
Josef Arvin Acebedo

1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| Adam John Mackintosh, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Lyft, Inc., Uber Technologies Inc., Uber Health, LLC, AH Capital Management, LLC, Better Business Bureaus, Inc., Benchmark Capital Partners VII, LP, Benchmark Capital Management Co. VII, LLC,<br>Corporations<br><br>Ben Horowitz, John Zimmer, Logan Green, Josef Arvin Acebedo, Louis Darnell Pritchett, Jerry Wang, Amy Biddle, Matt Cohler, and<br>Does 1-500,<br>Individuals<br><br>Defendants. | Civil Action No. _____<br><br>**DEFENDANT LOUIS DARNELL PRITCHETT'S CONSENT TO REMOVAL** |

**CONSENT TO REMOVAL**

Pursuant to 28 U.S. Code § 1446(b)(2)(A), Defendant Louis Darnell Pritchett hereby consents to Defendant Lyft, Inc.'s removal of this action from the California Superior Court for the County of Sacramento to the United States District Court for the Eastern District of California.

This consent is made without waiving substantive or procedural challenges to any complaint or affirmative defenses that may be raised in responsive pleading(s).

DATED:  August __, 2019               Respectfully submitted,

                                       _____
                                       Louis Darnell Pritchett