**FILED**

MAR 1 2 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

1  Adam John Mackintosh *(in pro per)*
   legal@ihughealth.com
2  PO BOX 1581.,
   Rancho Cordova, CA 95741
3  Telephone: (650) 969-4664

4

5                **UNITED STATES DISTRICT COURT FOR**

6                **THE EASTERN DISTRICT OF CALIFORNIA**

7

8  | ADAM JOHN MACKINTOSH, | 2:19-cv-01849-MCE-KJN |

9

10         Plaintiff,               **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

11  *–vs–*

12  LYFT, INC., et. al.              Judge: Magistrate Judge Kendall J. Newman

13         Defendants.               Robert T. Matsui United States Courthouse

14                                   501 I Street, Sacramento, CA 95814

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**                                    - 1 -

1    Plaintiff, Adam John Mackintosh, pro se, requests an order granting his Motion for

2  Dismissal Without Prejudice.

3    Plaintiff has multiple law firms interested in taking his case, however, the group of

4
   named parties in the First Amended Complaint, pose conflicts for the firms, and prejudices
5
   Plaintiff from retaining counsel.
6

7    This is Plaintiff's first Voluntary Dismissal Without Prejudice, and thus does not

8  constitute an adjudication, and therefore, all parties shall bear their own "fees and costs."

9    In support hereof, Plaintiff shows the following:

10
     1.  The time for filing an answer or other pleading has not yet expired.
11

12     2.  The expiration of time to file an answer or other pleading is March 16, 2020.

13     3.  This Honorable Court did not receive Objections to Magistrate Judge's Findings and

14  Recommendations ("F&R's"), Dkt. 69, pg. 21. The court concluded it was appropriate to adopt

15  the F&R's in full, and it was so ordered.

16
     4.  The F&R's allow Plaintiff to file a notice requesting voluntary dismissal of the
17
   action without prejudice.
18

19    Opposing Counsel has been properly notified of this request.

20

21  *DATED: March 12, 2020*          Respectfully submitted,

22

23

24

25               Adam John Mackintosh (In Pro Per)

26

27

28

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**                                    - 2 -

## PROOF SERVICE BY MAIL - Case No.: 2:19-cv-01849

I, _Alanna Mackintosh_, declare as follows:

    I am a resident in the county of Sacramento, California. I am over the age of eighteen years and am not a party to this action; my business address is _10923 Progress Court_ in said County and State. On March 12, 2020, I served the following documents:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    **[ X ] BY U.S. FIRST-CLASS MAIL**: I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

**MANATT, PHELPS & PHILLIPS, LLP**
Barry W. Lee
*bwlee@manatt.com*
Joanna L. Allen
*jlallen@manatt.com*
Ana G. Guardado
*aguardado@manatt.com*
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
(Via U.S. Mail)

*Attorneys for Defendants Uber Technologies, Inc. and Uber Health, LLC*

**BALLARD SPAHR LLP**
Robert S. Gutierrez
*gutierrezr@ballardspahr.com*
2029 Century Park East, Suite 800
Los Angeles, CA  90013
(Via U.S. Mail)

*Attorneys for Defendant Better Business Bureaus, Inc.*

Douglas A. Winthrop, Benjamin Thorman Halbig
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111
415-471-3100
Fax: 415-471-3400
Email:
douglas.winthrop@arnoldporter.com
415-471-3159
Email:
benjamin.halbig@arnoldporter.com  (Via U.S. Mail)

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**                                                      - 3 -

| | |
|---|---|
| Josef Arvin Acebedo<br>6339 Lochinvar Way<br>Sacramento, CA  95823<br>***Defendant***<br>(Via U.S. Mail) | James Clark 11335 Gold Express Dr. Ste. 105<br>Sacramento, CA 95670 - Amy Biddle Counsel<br>***Defendant***<br>(Via U.S. Mail) |

Jerry Wang
P.O. Box 994
Cupertino, CA 95104
582 Mateo Street
Los Angeles, CA  90013
***Defendant***
(Via U.S. Mail)

**BAKER BOTTS L.L.P.**
Peter K. Huston
*peter.huston@bakerbotts.com*
101 California Street, Suite 3600
San Francisco, CA  94111

(Via U.S. Mail)

***Attorneys for Defendants Lyft, Inc.,***
***Logan Green, and John Zimmer***

Arthur Luk, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave NW
Washington, DC 20001

Counsel for Defendants
AH Capital Management, LLC and Ben
Horowitz
Telephone: (202) 942-5393
Facsimile: (202) 942-5999

(Via U.S. Mail)

Louis Darnell Pritchett
100 Westlake Court Roseville, CA  95747
***Defendant***
(Via U.S. Mail)

**GOODWIN PROCTER LLP**
Darryl M. Woo
*dwoo@goodwinlaw.com*
James Lin
*jlin@goodwinlaw.com*
Hayes Hyde
*hhyde@goodwinlaw.com*
Three Embarcadero Center, 28th Floor
San Francisco, CA  94111

(Via U.S. Mail)

Grant P. Fondo
*gfondo@goodwinlaw.com*
Daniel R. Mello, Jr.
*dmello@goodwinlaw.com*
601 Marshall Street
Redwood City, CA  94063

(Via U.S. Mail)

***Attorneys for Defendants Benchmark Capital***
***Partners, VII, L.P., Benchmark Capital***
***Management Co. VII, L.L.C., and***
***Matthew R. Cohler***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 12, 2020, in Rancho Cordova, California.

Alanna  Mackintosh

(Print Name)                                    (Signature)

NOTICE OF DISMISSAL WITHOUT PREJUDICE                                    - 4 -